THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No.1:21-cv-880

| | |
|---|---|
| LILITH CAMPOS, C.B., by his parent and next friend, SHELLEY K. BUNTING; and M.D., by her parent and next friend, KATHERYN JENIFER,<br><br>    *Plaintiffs,*<br>v.<br><br>MANDY COHEN, in her official capacity as Secretary of North Carolina Department of Health and Human Services; MARK BENTON, in his official capacity as Assistant Secretary of Public Health; and CLARLYNDA WILLIAMS-DEVANE, in her official capacity as State Registrar and Director of the North Carolina State Center for Health Statistics,<br><br>    *Defendants.* | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

NOW COME Defendants Mandy Cohen, Mark Benton, and Clarlynda Williams-Devane, each in their official capacity, ("Defendants"), making appearance by and through the undersigned counsel, pursuant to Fed. R. Civ. P. Rules 6(b) and 12(a), and Local Rule 6.1, and hereby move the Court to extend the time in which to answer or otherwise reply and serve a response to the Complaint by forty-five (45) days, up to and including February 4 , 2022. In support of this motion, Defendants show the Court the following:

1. Plaintiffs filed the Complaint in this action on November 16, 2021. (D.E. #1)

2. On November 30, 2021 Defendants received via certified mail a copy of the summons and the complaint in this matter.

3. Defendants' answer or other response to the complaint is due on December 21, 2021 and the original time to file a response has not expired.

4. The Defendants need additional time to review the case to determine the proper response to the Complaint, and to have preliminary discussions with Plaintiffs.

5. The upcoming holidays reduce the time available for Defendants to prepare an answer or otherwise respond to the Complaint.

6. The Defendants seek an extension of time of forty-five (45) days, up to and including February 4, 2022, in which to file and serve an answer or otherwise respond to the Complaint.

7. The relief requested herein is for good cause and will not result in the undue delay in the administration of this case.

8. Defendants have not sought any previous extension of time in this matter.

9. The undersigned counsel has consulted with Counsel for Plaintiffs on this motion, and Plaintiffs have no objection to a forty-five (45) day extension,

WHEREFORE, Defendants respectfully request that the motion be granted, and that their time to file its Answer or otherwise respond to Plaintiffs' Complaint be extended by forty-five (45) days, up to and including February 4, 2022.

Respectfully submitted, this the 17th day of December, 2021.

JOSHUA H. STEIN

Attorney General

*/s/ John P. Barkley*
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6858
jbarkley@ncdoj.gov
N.C. State Bar No. 12603
*Counsel for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing DEFENDANTS' *MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

This the 17th day of December, 2021.

>  */s/John P. Barkley*
> John P. Barkley
> Assistant Attorney General